SANDUSKY v. THE STATE.

COBB, J.  The evidence authorized the verdict in the county court, and
· there was no error in overruling the certiorari.

*Judgment affirmed.  All the Justices concurring.*

Submitted October 5, — Decided October 26, 1899.

Certiorari.  Before  Judge  Littlejohn.  Dooly  superior
court.  July 5, 1899.

*W. A. Hawkins,* for plaintiff in error.
*F. A. Hooper, solicitor-general,* contra.

---

HARDWICK v. THE STATE.

FISH, J.  There was no evidence to support the verdict, and the judge
erred in not granting a new trial.

*Judgment reversed.  All the Justices concurring.*

Submitted October 4, — Decided October 26, 1899.

Indictment for larceny after trust.  Before Judge Smith.
Washington superior court.  March term, 1899.

*Evans & Evans,* for plaintiff in error.
*B. T. Rawlings, solicitor-general,* contra.